13 A.3d 462

**Lori A. ANDERSON, as Administratrix of the Estate of Mildred L. Anderson, Deceased, and Richard C. Anderson, Individually, Petitioners**

v.

**Gary L. McAFOOS, M.D., Individually and Warren Surgeons, Inc., Respondents.**

Supreme Court of Pennsylvania.

Jan. 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January 2011, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

a. When should the defendant raise an objection to the plaintiff's expert's qualifications under the MCARE Act?

b. Whether a board certified pathologist may, under Section 512 of the MCARE Act, testify regarding a general surgeon/treating physician's standard of care in deciding to discharge a patient without reading the patient's blood work results?

This case is to be consolidated for oral argument with 1 EAP 2011.